**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7263**

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

  v.

ERSKINE A. DAWSON, JR., a/k/a Junior, a/k/a June, a/k/a JR, a/k/a Erik,

   Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:17-cr-00061-RAJ-LRL-2)

Submitted: January 20, 2022        Decided: January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Erskine A. Dawson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erskine A. Dawson, Jr., appeals the district court's order denying Dawson's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Dawson's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We therefore affirm the district court's order. *United States v. Dawson*, No. 2:17-cr-00061-RAJ-LRL-2 (E.D. Va. Aug. 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*